# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

JOHN A. WOODRUFF

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj190/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.03 and 18 U.S.C. §§ 7 & 13 | Driving a Motor Vehicle Without a License | 3/11/09 | One |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than June 17, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 150.00 | $ 0.00 |

Date of Imposition of Sentence - 5/20/09

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 6-1-2009